IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.          CASE NO. 5:11-cr-43-RS-EMT

RAMONE ANTHONY SPRUILL.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 159) and Petitioner's Objections (Doc. 161). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The amended motion to vacate, set aside, or correct sentence (Doc. 131) is **DENIED**.

3. The certificate of appealability is **DENIED** because Defendant did not make a substantial showing of the denial of a constitutional right.

**ORDERED** on April 3, 2014.

                       /S/ Richard Smoak
                       **RICHARD SMOAK**
                       **UNITED STATES DISTRICT JUDGE**